E-FILED on      5/18/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMAR F. MOUSA,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA; SANTA CLARA COUNTY DISTRICT ATTORNEY; DEPARTMENT OF REVENUE; PROBATION DEPARTMENT<br><br>            Defendant. | No. C-06-01992 RMW<br><br>ORDER AFFIRMING DENIAL OF LEAVE TO PROCEED *IN FORMA PAUPERIS* |

The court is in receipt of Omar Mousa's letter requesting reconsideration of the denial of his application to proceed *in forma pauperis*. There are two requirements to proceed *in forma pauperis*: poverty and merit to the underlying suit. *See O'Loughlin v. Doe*, 920 F.2d 614, 618 (9th Cir. 1990). The relief Mousa requests in his complaint against various California state entities is an investigation and a writ of mandate or prohibition. There is no basis for federal jurisdiction over such a suit. The denial of leave to proceed is *in forma pauperis* affirmed.

DATED:      5/18/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER AFFIRMING DENIAL OF LEAVE TO PROCEED IN FORMA PAUPERIS—No. C-06-01992 RMW
JAH

1  **Notice of this document has been electronically sent to:**

2  **Plaintiff:**

3  Omar F. Mousa
   109 Town & County Village
4  Sunnyvale, CA 94086

5
   Counsel are responsible for distributing copies of this document to co-counsel that have not
6  registered for e-filing under the court's CM/ECF program.

7

8

9  **Dated:**  5/18/06                               /s/ JH
                                           **Chambers of Judge Whyte**
10