E-FILED on  7/24/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMAR F. MOUSA,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA; SANTA CLARA COUNTY DISTRICT ATTORNEY; DEPARTMENT OF REVENUE; PROBATION DEPARTMENT<br><br>        Defendant. | No. C-06-01992 RMW<br><br>ORDER DISMISSING CASE |

Omar Mousa initiated this action on March 15, 2006, five days after Judge Arthur Weissbrodt dismissed his complaint against the Santa Clara County District Attorney's Office and Martha Donohoe. *See* Adv. Proc. No. 05-53923, docket no. 59 (N.D. Cal. Bankr. Mar. 10, 2006). This court has previously denied Mousa's application to proceed *in forma pauperis*. After this court affirmed its original denial of Mousa's application, he filed an amended complaint (adding to the caption a request for habeas corpus relief, even though he is not in custody) and a new application to proceed *in forma pauperis*.

As previously noted, there is no basis for federal-court jurisdiction over Mousa's petition for a writ of mandate or prohibition. His habeas petition appears fatally defective because he

ORDER DISMISSING CASE—No. C-06-01992 RMW
JAH

alleges that he is not in custody.[1]  *See* 1st Am. Compl. at 8; *De Long v. Hennessey*, 912 F.2d 1144, 1146 (9th Cir. 1990).  Mousa's action is therefore dismissed in its entirety and with prejudice to refiling.[2]  His latest application to proceed *in forma pauperis* is denied.  Mousa is not given leave to amend as it appears that future attempts to state a claim would be futile.  The clerk shall close the file.

DATED:     7/21/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

[1] In addition to not being in custody, it does not appear Mousa has exhausted state remedies, which prevents this court from considering his habeas petition. *See* 28 U.S.C. § 2254(b), (c); *Rose v. Lundy*, 455 U.S. 509, 515-16 (1982).

[2] The court also notes Mousa appears to be litigating the same issues here that he has lost on before the bankruptcy court in Case No. 05-53923 (closed April 22, 2006) and related adversary proceeding No. 05-05471 (closed March 28, 2006).  On March 28, 2006, Mousa initiated related adversary proceeding No. 06-05084 against Santa Clara County District Attorney's Office and Martha Donohoe (the same defendants as in adversary proceeding No. 05-05471).

**United States District Court**
For the Northern District of California

1  **This document will be sent to:**

2  **Plaintiff:**

3  Omar F. Mousa
   109 Town & County Village
4  Sunnyvale, CA 94086

5

6  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

7

8  **Copies of this order will be sent to:**

   The Honorable Arthur S. Weissbrodt
9  United States Bankruptcy Court for the Northern District of California
   280 South First Street
10 San Jose, CA 95113

11 USBC Manager-San Jose
   United States Bankruptcy Court for the Northern District of California
12 280 South First Street , Room 3035
   San Jose, CA 95113

13

14

15 **Dated:** _____            _____
                                     **Chambers of Judge Whyte**

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DISMISSING CASE—No. C-06-01992 RMW
JAH                                          3